**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01142-CMA-MEH

CURTIS LIGGETT,

    Plaintiff,

v.

OFFICER JOHN HASTINGS, Individually and as a Police Officer of the
   City of Lone Tree, Colorado,
STEPHEN P. HASLER, Individually and as Chief of Police of the
   City of Lone Tree, Colorado,
DAVID BROWN, Individually and as Commander, Lone Tree, Colorado
   Police Department, and
THE CITY OF LONE TREE, COLORADO, a municipal corporation,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 24). The Court having considered the Stipulated Motion for Dismissal, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

    DATED: October __27__, 2009

                                                BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge